UNITED STATES of America,
Plaintiff-Appellee,

v.

Joseph BENCHIMOL,
Defendant-Appellant.

No. 81–4689.

United States Court of Appeals,
Ninth Circuit.

July 19, 1985.

Scott Russell Barnett, San Diego, Cal., for defendant-appellant.

Before WALLACE, HUG and FERGUSON, Circuit Judges.

ORDER

Pursuant to the mandate of the Supreme Court in *United States v. Benchimol*, —— U.S. ——, 105 S.Ct. 2103, 85 L.Ed.2d 462 (1985), the opinion of this court reported at 738 F.2d 1001 (9th Cir.1984) is vacated and the order of the district court is

AFFIRMED.

The mandate shall issue forthwith.